473 A.2d 701

Mayfair Athletic v. First Pa.

Appeal of Thomas Beauchemin.

Argued December 9, 1983. Joseph V. Restifo, for appellant; Michael McAllister, for Mayfair, appellee; Stephen M. Giroux, for First Pa., appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Reversed and remanded. We do not retain jurisdiction.

BROSKY, J., filed a memorandum dissenting opinion.